UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| VAN EM SINGLETON, | ) | CASE NO. 14-03653-TOM13 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM NO. 007B

**COMES NOW** U.S. Bank Trust National Association as Trustee of Bungalow Series F Trust ("Creditor") a creditor in the above-captioned case, by and through counsel, and hereby responds to the Trustee's Objection to Claim, filed on November 15, 2019 (Doc. No. 74):

1. On November 13, 2019, Creditor filed a Proof of Claim docketed as Claim No. 7-1 ("Claim"), in the total amount of $68,844.97 and arrears of $15,168.28 for total post-petition fees due per Order, doc. no. 64 entered February 11, 2019.

2. The Claim was intended to comply with the Court's order entered February 11, 2019, at doc. No. 64.

3. On or about November 15, 2019, Trustee filed the Objection to Claim (Doc. No. 74) ("Objection"). The Objection alleges that the Claim was filed after the case has been paid in full and debtor discharged.

4. Upon Creditor's information and belief, this matter will be resolved via the Final Cure process.

**WHEREFORE**, Creditor respectfully requests that the Court:

1. Grant Creditor an opportunity to be heard on the matter of the Objection;

2. Overrule the Objection; and

3. For other such relief as the Court deems just and proper.

This, the 16th day of December, 2019.

Respectfully Submitted,
/s/ Mark A. Baker
Mark A. Baker (ASB 2549-E57M)
*Counsel for Movant*
MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: (404) 474-7149
Facsimile: (404) 745-8121
E-mail: mbaker@mtglaw.com

**Certificate of Service**

I, Mark A. Baker, certify that I am over the age of 18 and that on December 16, 2019, I served a copy of the foregoing ***RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM NO. 007B*** by first class U. S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

**Via U.S. Mail**
Van Em Singleton
5952 Dug Hollow Road
Pinson, AL 35126

**Via Electronic Service**
Paula C. Greenway
Greenway Bankruptcy Law, LLC
505 North 20th Street
Suite 1220
Birmingham, AL 35203

Bradford W. Caraway
Chapter 13 Standing Trustee
P O Box 10848
Birmingham, AL 35202-0848

/s/ Mark A. Baker
Mark A. Baker
3550 Engineering Drive, Suite 260

Peachtree Corners, GA 30092