# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

Van Em Singleton } Case No: 14-03653-TOM13
SSN: XXX-XX-2046 }
  DEBTOR(S). }
}
}

## ORDER

This matter came before the Court on Thursday, January 09, 2020 09:30 AM, for a hearing on the following:

  1) RE: Doc #74; Trustee's Objection to Claim # 7 of US Bank Trust in the amount of $15,168.28

  2) RE: Doc #77; Response to Trustee's Objection to Claim # 7 filed by Mark A Baker, Attorney for US Bank Trust N.A

Proper notice of the hearing was given and appearances were made by the following:

  Bradford W. Caraway (Trustee)
  Paula C. Greenway, attorney for Van Em Singleton (Debtor)
  Mark Baker, attorney for US Bank - by phone
  Van Em Singleton

**It is therefore ORDERED, ADJUDGED and DECREED that:**

  1) Based on the representation of Bradford W. Caraway, Chapter 13 Standing Trustee, the Objection is withdrawn in open court.

  2) Matter is Moot.

Dated: 01/14/2020

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge